Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31. Tapestry bags similar to those involved in Abstract 16121 were held dutiable at 60 percent under paragraph 1211 as manufactures of silk.

BEFORE THE THIRD DIVISION, SEPTEMBER 20, 1938

**No. 39396.**—Protests 808666–G, etc., of Frazar & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 32355 the mandarin oranges in question were held dutiable at one cent per pound under paragraph 743 as claimed on the entire contents of the tins. Counsel agreed that the wooden boxes in which the merchandise was contained are dutiable at 25 percent ad valorem under paragraph 408. No claim was found in the pleadings in regard to that merchandise, therefore no finding was made on that issue. *Nozaki* v. *United States* (T. D. 48974) cited.

**No. 39397.**—Protest 756349–G/83097 of Atlas Grocery Co. (Chicago).

Opinion by EVANS, J. In accordance with stipulation of counsel origan or origanium was held free of duty under paragraph 1722, *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242) followed; and thyme leaves were held free of duty under paragraph 1669 on the authority of *Seeck* v. *United States* (T. D. 47383).

**No. 39398.**—Protest 809157–G/85355 of W. A. Taylor & Co., Inc. (Chicago).

Opinion by EVANS, J. As the record failed to disclose anything to warrant disturbing the action of the collector the protest was overruled.

**No. 39399.**—Protests 779781–G, etc., of Washington State Liquor Control Board (Seattle).

Opinion by EVANS, J. The protests were dismissed.

**No. 39400.**—Protests 824958–G, etc., of J. L. Hudson Co. et al. (Detroit, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39401.**—Protests 871711–G, etc., of Guard Smelting & Refining Co. et al. (Philadelphia, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.